In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-159 CV


____________________



IN THE INTEREST OF H.E.G. AND J.A.G.






On Appeal from the 88th District Court


Hardin County, Texas


Trial Cause No. 43359






MEMORANDUM OPINION (1)


 Stephen Dwayne Guidry, appellant, filed a motion to dismiss this appeal. The
Court finds that this motion is voluntarily made by the appellant prior to any decision of
this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a
notice of appeal. 

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED.

 PER CURIAM


Opinion Delivered February 17, 2005 

Before McKeithen, C.J., Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.